**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MICHAEL SHEFFIELD**  PETITIONER

**VERSUS**  CIVIL ACTION NO. 4:07-cv-104-HTW-LRA

**MARGARETT A. BINGHAM, Superintendent**  RESPONDENT

**ORDER OF TRANSFER PURSUANT**
**TO 28 U.S.C. § 1631**

This matter comes before this Court, *sua sponte*, for consideration of transfer. The Petitioner, an inmate of the Mississippi Department of Corrections, currently incarcerated in the Central Mississippi Correctional Facility, Pearl, Mississippi, filed this request for habeas corpus relief pursuant to 28 U.S.C. § 2254.

Petitioner states that he was sentenced to life for the burglary of a dwelling in the Lauderdale County Circuit Court on May 8, 1998. Having reviewed the records, this Court finds that the Petitioner previously filed for habeas relief challenging the same conviction and sentence, in *Sheffield v. Epps, et al.*, civil action number 4:05cv57-TSL-LRA (S.D. Miss. March 13, 2007). On March 13, 2007, this Court entered a Final Judgment which dismissed the case, with prejudice.

A Petitioner who is filing a second or successive motion for habeas relief must first apply to the appropriate Court of Appeals for an order authorizing the District Court to consider the successive motion. 28 U.S.C. § 2244(b)(3)(A). The Petitioner has failed to submit any documentation demonstrating that he has obtained the required authorization from the United States Court of Appeals for the Fifth Circuit to proceed with his cause in this Court. Therefore,

this Court has determined that in the interest of justice, this cause should be transferred to the United States Court of Appeals for the Fifth Circuit for a determination whether this successive or second petition should be allowed. *See In Re Epps*, 127 F.3d 364 (5th Cir. 1997). Accordingly,

**IT IS HEREBY, ORDERED AND ADJUDGED** that pursuant to 28 U.S.C. § 1631, this petition for habeas corpus relief is transferred to the United States Court of Appeals for the Fifth Circuit.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of this Court is directed to close this case pending the decision of the United States Court of Appeals for the Fifth Circuit.

SO ORDERED, this the 27th day of August, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

**CIVIL ACTION NO. 4:07-cv-104-HTW-LRA**
**Order of Transfer**